1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA A. MARQUEZ,<br><br>    Plaintiff,<br>vs.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>    Defendants. | **CASE NO. 1:14-CV-01877-LJO-GSA**<br><br>**ORDER TO DISMISS AND CLOSE ACTION (Doc. 6)** |

'

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i),

Doc. 6, this Court:

    1.      DISMISSES without prejudice this entire action and all claims;

    2.      VACATES all pending matters and dates; and

    3.      DIRECTS the clerk to close this action.

**SO ORDERED**
**Dated: December 17, 2014**

                                   **/s/ Lawrence J. O'Neill**
                                  **United States District Judge**